**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gerardo ZAVALA–AMADOR, also known as Gerardo Zavala, also known as Gerardo Amador Zavala, also known as Geraro Amador Zavala, also known as Rogelio Ayala–Garcia, Defendant–Appellant.**

**No. 13–20571**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Molly Estelle Odom, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Gerardo Zavala–Amador appeals the 57–month sentence imposed following his conviction for illegal reentry. He contends that the district court erred in treating his prior conviction for indecency with a child under Texas Penal Code § 21.11(a)(1) as a crime of violence within the meaning of U.S.S.G. § 2L1.2(b)(1)(A)(ii) and an aggravated felony within the meaning of 8 U.S.C. § 1101(a)(43). His arguments are foreclosed by our decisions in *United States v. Elizondo–Hernandez,* 755 F.3d 779, 781–82 (5th Cir.2014), and *United States v. Rodriguez,* 711 F.3d 541, 560, 562 n. 28 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.